NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOOGLE LLC,**
*Appellant*

**v.**

**SONOS, INC.,**
*Appellee*

---

2023-1357

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00962.

---

**JUDGMENT**

---

ERIKA ARNER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellant. Also represented by ALISSA GREEN, KELLY HORN, SYDNEY KESTLE; CORY C. BELL, Boston, MA; DANIEL C. TUCKER, Reston, VA.

ELIZABETH MOULTON, Orrick, Herrington & Sutcliffe LLP, San Francisco, CA, argued for appellee. Also represented by ALYSSA MARGARET CARIDIS, Los Angeles, CA;

PARTH SAGDEO, Boston, MA; EMILY VILLANO, New York, NY.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 5, 2024
Date

Jarrett B. Perlow
Clerk of Court